UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STANLEY HERMAN,

        Petitioner,               Case No. 1:21-cv-634

v.                                           Honorable Ray Kent

JAMES SCHEIBNER,

        Respondent.
_____/

### ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. Petitioner has requested leave of court to proceed *in forma pauperis* (ECF No. 2) under 28 U.S.C. § 1915(a)(1) and has filed an affidavit of indigence. The filing fee for a habeas corpus action is $5.00. 28 U.S.C. § 1914(a). The Court should only grant leave to proceed *in forma pauperis* when it reasonably appears that paying the cost of this filing fee would impose an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). It is not unreasonable to require a prisoner to devote a small portion of his discretionary funds to defray a fraction of the costs of his litigation. *See Lumbert v. Ill. Dep't of Corr.*, 827 F.2d 257, 267 (7th Cir. 1987).

Petitioner has filed a trust account statement, which shows that over the past six months Petitioner has had an average monthly deposit of $235.82. At the time of filing his petition, Petitioner had a spendable balance of $1,152.22. Petitioner's financial documents indicate that he has sufficient resources to pay the $5.00 filing fee. Therefore, Petitioner is not entitled to proceed *in forma pauperis* in this action. Petitioner has 28 days from the date of entry of this order to pay

the $5.00 filing fee.  If Petitioner fails to pay the filing fee within the 28-day period, his case will be dismissed without prejudice.  Accordingly:

**IT IS ORDERED** that Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that within 28 days hereof, Petitioner shall pay the $5.00 filing fee to the Clerk of this Court.  Petitioner's failure to comply with this order will result in dismissal of this case without prejudice.

Dated:   August 17, 2021 /s/ Ray Kent
Ray Kent
United States Magistrate Judge

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court" and must indicate the case number in which the payment is made.**