UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STANLEY HERMAN,

    Petitioner,       Case No. 1:21-cv-634

v.              Honorable Ray Kent

JAMES SCHEIBNER,

    Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

Dated: August 17, 2021      /s/ Ray Kent
                Ray Kent
                United States Magistrate Judge