UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STANLEY HERMAN,

        Petitioner,                              Case No. 1:21-cv-634

v.                                                   Honorable Ray Kent

JAMES SCHIEBNER,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered August 17, 2021 (ECF No.8), and the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because it is barred by the statute of limitations


Dated:  September 14, 2021              /s/ Ray Kent
                                                        Ray Kent
                                                        United States Magistrate Judge